**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-4282**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VERNON EARL BARNES,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CR-00-
541-L)

─────────────

Submitted: January 7, 2002         Decided: January 18, 2002

─────────────

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

James Wyda, Federal Public Defender, Elizabeth L. Pearl, Assistant
Federal Public Defender, Greenbelt, Maryland, for Appellant. Thomas
M. DiBiagio, United States Attorney, Joseph L. Evans, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vernon Earl Barnes appeals his conviction for being a felon in possession of a firearm. On appeal, he challenges the denial of his motion to suppress. We have reviewed the record and the district court's oral findings and written opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. (J.A. 137-58, 169-74). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2